FILED

2012 AUG 10 PM 2:01

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

1  JENNER & BLOCK LLP
   Richard L. Stone (Bar No. 110022)
2  Kenneth D. Klein (Bar No. 85231)
   David R. Singer (Bar No. 204699)
3  633 West 5th Street, Suite 3600
   Los Angeles, CA 90071
4  rstone@jenner.com
   kklein@jenner.com
5  dsinger@jenner.com

6  JENNER & BLOCK LLP
   Steven B. Fabrizio (*pro hac* to be filed)
7  1099 New York Ave., N.W., Suite 900
   Washington, D.C. 20001
8  (sfabrizio@jenner.com)

9
   Attorneys for Plaintiffs
10 Fox Television Stations, Inc., Twentieth Century
   Fox Film Corporation, and Fox Broadcasting
11 Company, Inc.

12                    UNITED STATES DISTRICT COURT

13                   CENTRAL DISTRICT OF CALIFORNIA

14

15 FOX TELEVISION STATIONS, INC.,      Case No. CV12-6921-ABC
   TWENTIETH CENTURY FOX FILM                              (JCx)
16 CORPORATION, and FOX
   BROADCASTING COMPANY, INC.,        CERTIFICATION OF
17                                     INTERESTED PARTIES
                   Plaintiffs,         PURSUANT TO LOCAL RULE 7.1-1
18
   v.
19
   BARRYDRILLER CONTENT
20 SYSTEMS PLC.; and DOES 1 through
   5, inclusive,
21
                   Defendants.
22

1  Pursuant to Rule 7.1-1 of the Local Rules for the Central District of
2  California, the undersigned, counsel of record for Plaintiffs Fox Television
3  Stations, Inc., Twentieth Century Fox Film Corporation, and Fox Broadcasting
4  Company, Inc., certifies that, in addition to the named parties, News Corporation
5  may have a pecuniary interest in the outcome of the case. These representations are
6  made to enable possible disqualification or recusal.

Dated:   August 10, 2012

JENNER & BLOCK LLP

By: *Richard L. Stone* (signature)
Richard L. Stone

Attorneys for Plaintiffs
Fox Television Stations, Inc.,
Twentieth Century Fox Film
Corporation, and Fox Broadcasting
Company, Inc.

2126766.1