1  JENNER & BLOCK LLP
   Richard L. Stone (Bar No. 110022)
2  Kenneth D. Klein (Bar No. 85231)
   David R. Singer (Bar No. 204699)
3  633 West 5th Street, Suite 3600
   Los Angeles, CA 90071
4  rstone@jenner.com
   kklein@jenner.com
5  dsinger@jenner.com

6  JENNER & BLOCK LLP
   Steven B. Fabrizio (*pro hac* to be filed)
7  1099 New York Ave., N.W., Suite 900
   Washington, D.C. 20001
8  (sfabrizio@jenner.com)

9
   Attorneys for Plaintiffs
10 Fox Television Stations, Inc., Twentieth Century
   Fox Film Corporation, and Fox Broadcasting
11 Company, Inc.

FILED
2012 AUG 10  PM 2:01
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14

15 FOX TELEVISION STATIONS, INC.,      Case No. CV12-6921 ABC (JCx)
   TWENTIETH CENTURY FOX FILM
16 CORPORATION, and FOX                PLAINTIFFS' CORPORATE
   BROADCASTING COMPANY, INC.,         DISCLOSURE STATEMENTS
17                                     PURSUANT TO FEDERAL RULE
              Plaintiffs,              OF CIVIL PROCEDURE 7.1
18
   v.
19
   BARRYDRILLER CONTENT
20 SYSTEMS PLC.; and DOES 1 through
   5, inclusive,
21
              Defendants.
22

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that Plaintiff Fox Television Stations, Inc. is an indirect, wholly-owned subsidiary of News Corporation, a publicly traded company. No publicly held company owns 10% or more of News Corporation stock.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that Plaintiff Twentieth Century Fox Film Corp. is an indirect, wholly-owned subsidiary of News Corporation, a publicly traded company. No publicly held company owns 10% or more of News Corporation stock.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that Plaintiff Fox Broadcasting Company is an indirect, wholly-owned subsidiary of News Corporation, a publicly traded company. No publicly held company owns 10% or more of News Corporation stock.

Dated: August 10, 2012

JENNER & BLOCK LLP

By: /s/ Richard L. Stone
Richard L. Stone

Attorneys for Plaintiffs
Fox Television Stations, Inc.,
Twentieth Century Fox Film
Corporation, and Fox Broadcasting
Company, Inc.

2126768.1