1  BAKER MARQUART LLP
   Ryan G. Baker (Bar No. 214036)
2    rbaker@bakermarquart.com
   Jaime W. Marquart (Bar No. 200344)
3    jmarquart@bakermarquart.com
4  Christian A. Anstett (Bar No. 240179)
     canstett@bakermarquart.com.com
5  10990 Wilshire Blvd., Fourth Floor
   Los Angeles, California  90024
6  Telephone:  (424) 652-7800
7  Facsimile:   (424) 652-7850

8  Attorneys for defendant Aereokiller LLC

9

10                    UNITED STATES DISTRICT COURT

11                    CENTRAL DISTRICT OF CALIFORNIA

12

13

14  FOX TELEVISION STATIONS, INC.,    CASE NO. CV12-6921-GW (JCx)
    TWENTIETH CENTURY FOX FILM
15  CORPORATION, AND FOX              **CERTIFICATION OF**
    BROADCASTING COMPANY, INC.        **INTERESTED PARTIES**
16                                    **PURSUANT TO LOCAL RULE 7.1-1**
           Plaintiffs,
17
        vs.
18
19  BARRYDRILLER CONENT
    SYSTEMS PLC., BARRY DRILLER
20  INC., AEREOKILLER LLC, and
    DOES 1 through 3, inclusive,
21
           Defendants.
22

23

24

25

26

27

28

Pursuant to Rule 7.1-1 of the Local Rules for the Central District of California, the undersigned, counsel of record for defendant Aereokiller LLC, which has been renamed Internet TV Broadcasting LLC ("Internet TV"), certifies that, in addition to the named parties and Internet TV, there are no additional parties that may have a pecuniary interest in the outcome of the case. These representations are made to enable possible disqualification or recusal.

September 6, 2012                    Respectfully submitted,

                                             By:  \s\ Ryan G. Baker
                                                   Ryan G. Baker
                                                   BAKER MARQUART LLP
                                                   10990 Wilshire Blvd., Fourth Floor
                                                   Los Angeles, California 90024

                                                   Attorneys for defendant Aereokiller LLC