1  JENNER & BLOCK LLP
   Richard L. Stone (SBN 110022)
2  rstone@jenner.com
   Kenneth D. Klein (SBN 85231)
3  kklein@jenner.com
   Julie A. Shepard (SBN 175538)
4  jshepard@jenner.com
   633 West 5th Street, Suite 3600
5  Los Angeles, CA 90071
   Telephone: (213) 239-5100
6  Facsimile:  (213) 239-5199

7  Jenner & Block LLP
   Steven B. Fabrizio (admitted *pro hac vice*)
8  sfabrizio@jenner.com
   1099 New York Avenue, NW, Suite 900
9  Washington, DC 20001
   Telephone: (202) 639-6000
10 Facsimile:  (202) 639-6066

11
   Attorneys for Plaintiffs
12 Fox Television Stations, Inc.,
   Twentieth Century Fox Film Corp., and
13 Fox Broadcasting Company, Inc.

14

15

16              **UNITED STATES DISTRICT COURT**

17              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FOX TELEVISION STATIONS, INC., TWENTIETH CENTURY FOX FILM CORP., and FOX BROADCASTING COMPANY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BARRYDRILLER CONTENT SYSTEMS PLC, BARRY DRILLER INC., AEREOKILLER, LLC, and DOES 1 through 3, inclusive,<br><br>Defendants. | Case No. CV12-6921-GW-JC<br><br>**STIPULATION (1) TO DISMISS DEFENDANTS BARRYDRILLER CONTENT SYSTEMS PLC AND BARRY DRILLER INC. WITHOUT PREJUDICE AND (2) FOR FILING OF SECOND AMENDED COMPLAINT** |

2151223.2

STIPULATION TO DISMISS BARRYDRILLER ENTITIES WITHOUT PREJUDICE AND TO FILE SECOND AMENDED COMPLAINT

Plaintiffs Fox Television Stations, Inc., Twentieth Century Fox Film Corp., and Fox Broadcasting Company, Inc. (collectively "Fox"), and Defendants BarryDriller Content Systems PLC, Barry Driller Inc., and Aereokiller, LLC, (collectively "Defendants") (where Fox and Defendants collectively are "the Parties") stipulate as follows:

WHEREAS, on August 10, 2012, Fox filed its complaint for copyright and trademark infringement against Defendant BarryDriller Content Systems PLC;

WHEREAS, on August 14, 2012, Fox filed its first amended complaint for copyright and trademark infringement against all Defendants, including BarryDriller Content Systems PLC and Barry Driller Inc. ("the BarryDriller Entities");

WHEREAS, on October 22, 2012, the BarryDriller Entities filed answers to the First Amended Complaint;

WHEREAS, counsel for Defendants later informed counsel for Fox that the BarryDriller Entities do not, and have never, legally existed and are not responsible for any of the conduct alleged in the complaint, and on that basis, Defendants' counsel asked Fox to agree to dismiss them;

WHEREAS, counsel for Defendants formally represent, on behalf of their client, Aereokiller LLC, that: (a) the BarryDriller Entities do not exist and have never existed as legal entities in any United States or foreign jurisdiction; (b) because the BarryDriller Entities do not, and have never, existed as legal entities in any domestic or foreign jurisdiction, they had no involvement in, and are not responsible for, any of the conduct alleged in the operative complaint; and (c) the BarryDriller Entities are not pseudonyms or dba's of Aereokiller LLC, Alkiviades David, Filmon.TV, Inc., FilmOn.TV Networks, Inc., Filmon.com, Inc., FilmOn.TV L.A., Inc., Filmon PLC, Filmon TV Limited, Filmon Mobile, Inc., Filmon.TV Asia, Inc., Filmon.TV NY, Inc., FilmOn, FilmOnX, or any other business, entity or person associated with any of the foregoing;

WHEREAS, on the basis of the foregoing representations, Fox is willing to dismiss the BarryDriller Entities without prejudice;

WHEREAS, in connection with Fox's motion for preliminary injunction, Fox obtained expedited discovery from Aereokiller, LLC;

WHEREAS, during the course of expedited discovery, Fox discovered additional individuals and corporations it needs to name as defendants;

WHEREAS, the Parties have met and conferred and agreed that, pursuant to Federal Rule of Civil Procedure 15(a)(2), Fox may file a Second Amended Complaint adding Alkiviades David, FilmOn.TV Networks, Inc., Filmon.TV, Inc. and FilmOn.com, Inc. as additional defendants;

///

///

///

///

///

///

///

///

///

2151223.2

1   It is hereby stipulated by and between Fox and Defendants, through their
2   counsel of record, and subject to the Court's approval, that:
3    1.   The BarryDriller Entities shall be dismissed without prejudice;
4    2.   Fox shall file a Second Amended Complaint, a copy of which is
5   attached hereto, adding Alkiviades David, FilmOn.TV Networks, Inc., Filmon.TV,
6   Inc. and FilmOn.com, Inc. as additional defendants within five (5) court days after
7   the Court enters an order based on this Stipulation.

Dated:   November 19, 2012        JENNER & BLOCK LLP

By: _____
    Richard L. Stone

Attorneys for Plaintiffs
Fox Television Stations, Inc., Twentieth
Century Fox Film Corp., and Fox
Broadcasting Company, Inc.

Dated:   November 19, 2012        BAKER MARQUART

By: _____
    Ryan Baker

Attorneys for Defendants
BarryDriller Content Systems, PLC,
Barry Driller, Inc., and Aereokiller, LLC,