JENNER & BLOCK LLP
Richard L. Stone (SBN 110022)
rstone@jenner.com
Kenneth D. Klein (SBN 85231)
kklein@jenner.com
Julie A. Shepard (SBN 175538)
jshepard@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone: (213) 239-5100
Facsimile:  (213) 239-5199

Jenner & Block LLP
Steven B. Fabrizio (admitted *pro hac vice*)
sfabrizio@jenner.com
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile:  (202) 639-6066

Attorneys for Plaintiffs
Fox Television Stations, Inc.,
Twentieth Century Fox Film Corp., and
Fox Broadcasting Company, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX TELEVISION STATIONS, INC., TWENTIETH CENTURY FOX FILM CORP., and FOX BROADCASTING COMPANY, INC.<br><br>Plaintiffs,<br><br>v.<br><br>BARRYDRILLER CONTENT SYSTEMS PLC, BARRY DRILLER INC., AEREOKILLER, LLC, and DOES 1 through 3, inclusive,<br><br>Defendants. | Case No. CV12-6921-GW (JCX)<br><br>**[PROPOSED] ORDER RE STIPULATION (1) TO DISMISS DEFENDANTS BARRYDRILLER CONTENT SYSTEMS PLC AND BARRY DRILLER INC. WITHOUT PREJUDICE AND (2) FOR FILING OF SECOND AMENDEDCOMPLAINT** |

2151225.1

**[PROPOSED] ORDER**

Having reviewed the parties' Stipulation to Dismiss Defendants BarryDriller Content Systems PLC and Barry Driller Inc. Without Prejudice, and to File A Second Amended Complaint, and good cause appearing therefor:

IT IS HEREBY ORDERED THAT:

1. The Defendants BarryDriller Content Systems PLC and Barry Driller Inc. are hereby dismissed without prejudice.

2. Plaintiffs shall file a Second Amended Complaint within five (5) court days of the date of this Order.

IT IS SO ORDERED.

Date: _____, 2012     _____
                                 Hon. George H. Wu
                                 United States District Court