BAKER MARQUART LLP
Ryan G. Baker (Bar No. 214036)
  rbaker@bakermarquart.com
Jaime W. Marquart (Bar No. 200344)
  jmarquart@bakermarquart.com
Christian A. Anstett (Bar No. 240179)
  canstett@bakermarquart.com.com
10990 Wilshire Blvd., Fourth Floor
Los Angeles, California 90024
Telephone: (424) 652-7800
Facsimile:  (424) 652-7850

Attorneys for defendant Aereokiller LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX TELEVISION STATIONS, INC., TWENTIETH CENTURY FOX FILM CORPORATION, AND FOX BROADCASTING COMPANY, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>AEREOKILLER LLC, ALKIVIADES "ALKI" DAVID, FILMON.TV NETWORKS, INC., FILMON.TV, INC., FILMON.COM, INC., and DOES 1 through 3, inclusive,<br><br>Defendants. | CASE NO. CV12-6921-GW (JCx)<br><br>**JOINT STIPULATION TO CONTINUE PRELIMINARY INJUNCTION HEARING DATE**<br><br>Judge: Hon. George H. Wu<br><br>*Filed concurrently with [Proposed] Order to Continue Preliminary Injunction hearing date*<br><br>Current hearing date: December 18, 2012<br><br>New Hearing Date: December 20, 2012 |

STIPULATION RE: PRELIMINARY INJUNCTION HEARING DATE

Defendant Aereokiller, LLC ("Aereokiller") and Plaintiffs Fox Television Stations, Inc., Twentieth Century Fox Film Corp., and Fox Broadcasting Company, Inc. (collectively "Fox"), stipulate as follows:

WHEREAS, on November 30, 2012, the parties participated in a telephonic status conference before Judge George H. Wu wherein the Court moved the hearing date on Fox's request for a preliminary injunction from December 6, 2012 to December 18, 2012;

WHEREAS, Ryan G. Baker of Baker Marquart LLP, lead trial counsel for Aereokiller was unable to participate in the November 30, 2012 telephonic conference and, having subsequently reviewed his calendar, is unavailable on December 18, 2012, due to a preexisting conflict;

WHEREAS, Fox and Aereokiller met and conferred concerning the hearing date and determined that December 20, 2012 was the date that best facilitated counsels' participation in the preliminary injunction hearing;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Aereokiller, through their counsel of record subject to the court's approval:

a)   The hearing on Fox's motion for preliminary injunction is hereby continued from December 18, 2012 to December 20, 2012 at 8:30 a.m.

Dated:  December 4, 2012                         BAKER MARQUART LLP


By: /s/ Ryan G. Baker
    Ryan G. Baker

    *Attorneys for Defendant*
    *Aereokiller LLC*

-1-
STIPULATION RE PRELIMINARY INJUNCTION HEARING DATE

| | | |
|---|---|---|
| 1 | Dated:  December 4, 2012 | JENNER & BLOCK LLP |
| 2 | | |
| 3 | | By: /s/ Julie A. Shepard |
| 4 | | Julie A. Shepard |
| 5 | | *Attorneys for Plaintiffs* |

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that the other signatories listed, and on whose behalf this document is filed, concur in the document's content and have authorized its filing on their behalf.