UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX TELEVISION STATIONS, INC., TWENTIETH CENTURY FOX FILM CORPORATION, AND FOX BROADCASTING COMPANY, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>AEREOKILLER LLC, ALKIVIADES "ALKI" DAVID, FILMON.TV NETWORKS, INC., FILMON.TV, INC., FILMON.COM, INC., AND DOES 1 through 3, inclusive,,<br><br>Defendants. | CASE NO. CV 12-6921-GW(JCx)<br><br>**ORDER RE: STIPULATION TO CONTINUE PRELIMINARY INJUNCTION HEARING DATE**<br><br>Judge: Hon. George H. Wu |

**ORDER**

Having reviewed the parties' Stipulation to Continue Preliminary Injunction Hearing Date, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

    a)    The hearing on Plaintiffs' request for preliminary injunction is continued from December 18, 2012 to **December 20, 2012 at 8:30 a.m.**

IT IS SO ORDERED.

Date: December 10, 2012    _____
                                                        Hon. George H. Wu
                                                        United States District Judge