# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FOR COURT USE ONLY
DUE DATE:

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| | | |
|---|---|---|
| 1. NAME: Jaime W. Marquart | 2. PHONE NUMBER: (424) 652-7800 | 3. DATE: January 7, 2013 |
| 4. FIRM NAME: Baker Marquart | 5. E-MAIL ADDRESS: jmarquart@bakermarquart.com | |
| 6. MAILING ADDRESS: 10990 Wilshire Blvd., 4th Floor | 7. CITY: Los Angeles | 8. STATE: CA   9. ZIP CODE: 90024 |
| 10. CASE NUMBER: 2:12-cv-06921-GW-JC | 11. CASE NAME: Fox Television Stations Inc et al v. BarryDriller Content Systems | 12. JUDGE: Hon. George Wu |
| 13. APPEAL CASE NUMBER: 12-2786 | 14. ORDER FOR: ☐ APPEAL  ☑ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT  ☐ IN FORMA PAUPERIS  ☐ AUSA  ☐ FPD  ☐ OTHER | |

**15. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 9/13/2012 | Pat Cuneo | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Hearing re Expedited Discovery |
| 11/8/2012 | Wil Wilcox | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Scheduling Conference |
| 12/27/2012 | Wil Wilcox | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Preliminary Injunction Hearing Cont'd |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |

**16. ORDER:** IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☑ | ASCII FORMAT | ☑ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | | |

**(CERTIFICATION 17 & 18)**
By signing the below, I certify that I will pay all charges (deposit plus additional).

19. Transcription agency for digitally recorded proceedings:

20. Month: ___  Day: ___  Year: ___
Transcript payment arrangements were made with:

17. DATE: January 7, 2013

NAME OF OFFICIAL: _____
Payment of estimated transcript fees were sent on the following date:

18. SIGNATURE: /s/ Jaime W. Marquart

Month: ___  Day: ___  Year: ___

G-120 (09/12)