BAKER MARQUART LLP
Ryan G. Baker (Bar No. 214036)
  rbaker@bakermarquart.com
Jaime W. Marquart (Bar No. 200344)
  jmarquart@bakermarquart.com
Christian A. Anstett (Bar No. 240179)
  canstett@bakermarquart.com.com
10990 Wilshire Blvd., Fourth Floor
Los Angeles, California  90024
Telephone:   (424) 652-7800
Facsimile:    (424) 652-7850

Attorneys for Defendant FilmOn.TV Networks, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX TELEVISION STATIONS, INC., TWENTIETH CENTURY FOX FILM CORPORATION, AND FOX BROADCASTING COMPANY, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>AEREOKILLER LLC, ALKIVIADES "ALKI" DAVID, FILMON.TV NETWORKS, INC., FILMON.TV, INC., FILMON.COM, INC. and DOES 1 through 3, inclusive,<br><br>Defendants. | CASE NO. CV12-6921-GW (JCx)<br><br>**DEFENDANT FILMON.TV NETWORKS, INC.'s CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**<br><br>Judge: Hon. George H. Wu |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant FilmOn.TV Networks, Inc. ("Defendant") hereby discloses as follows:

Defendant has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

January 8, 2013                    Respectfully submitted,

By: _____/s/_____
    Jaime W. Marquart
    Ryan G. Baker
    BAKER MARQUART LLP
    10990 Wilshire Blvd., Fourth Floor
    Los Angeles, California 90024

    Attorneys for Defendant FilmOn.TV Networks, Inc.