1  BAKER MARQUART LLP
   Ryan G. Baker (Bar No. 214036)
2    rbaker@bakermarquart.com
   Jaime W. Marquart (Bar No. 200344)
3    jmarquart@bakermarquart.com
   Christian A. Anstett (Bar No. 240179)
4    canstett@bakermarquart.com.com
5  10990 Wilshire Blvd., Fourth Floor
   Los Angeles, California 90024
6  Telephone:  (424) 652-7800
7  Facsimile:    (424) 652-7850

8  Attorneys for Defendant FilmOn.com, Inc.

9

10                UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12  FOX TELEVISION STATIONS, INC.,      CASE NO. CV12-6921-GW (JCx)
    TWENTIETH CENTURY FOX FILM
13  CORPORATION, and FOX                **DEFENDANT FILMON.COM,
    BROADCASTING COMPANY, INC.          INC'S CERTIFICATION OF
14                                       INTERESTED PARTIES
                                         PURSUANT TO LOCAL RULE 7.1-1**
15            Plaintiffs,

16        vs.                            Judge: Hon. George H. Wu

17  AEREOKILLER LLC, ALKIVIADES
    "ALKI" DAVID, FILMON.TV
18  NETWORKS, INC., FILMON.TV,
    INC., FILMON.COM, INC. and DOES
19  1 through 3, inclusive,
20            Defendants.
21

22

23

24

25        Pursuant to Rule 7.1-1 of the Local Rules for the Central District of

26  California, the undersigned, counsel of record for Defendant FilmOn.com, Inc

27  ("Defendant") certifies that, in addition to the named parties, there are no additional

28  parties that may have a pecuniary interest in the outcome of the case.  These

---

CERTIFICATION OF INTERESTED PARTIES

1  representations are made to enable possible disqualification or recusal.

2

3  January 8, 2013                         Respectfully submitted,

4

5

6                                          By:        /s/
                                              Jaime W. Marquart
7                                             Ryan G. Baker
                                              BAKER MARQUART LLP
8                                             10990 Wilshire Blvd., Fourth Floor
9                                             Los Angeles, California 90024

10                                            Attorneys for Defendant FilmOn.com, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED PARTIES