BAKER MARQUART LLP
Ryan G. Baker (Bar No. 214036)
  rbaker@bakermarquart.com
Jaime W. Marquart (Bar No. 200344)
  jmarquart@bakermarquart.com
Christian A. Anstett (Bar No. 240179)
  canstett@bakermarquart.com.com
10990 Wilshire Blvd., Fourth Floor
Los Angeles, California  90024
Telephone:  (424) 652-7800
Facsimile:   (424) 652-7850

Attorneys for Defendant FilmOn.com, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX TELEVISION STATIONS, INC., TWENTIETH CENTURY FOX FILM CORPORATION, AND FOX BROADCASTING COMPANY, INC. <br><br> Plaintiffs, <br><br> vs. <br><br> AEREOKILLER LLC, ALKIVIADES "ALKI" DAVID, FILMON.TV NETWORKS, INC., FILMON.TV, INC., FILMON.COM, INC. and DOES 1 through 3, inclusive, <br><br> Defendants. | CASE NO. CV12-6921-GW (JCx) <br><br> **DEFENDANT FILMON.COM, INC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** <br><br> Judge: Hon. George H. Wu |

Pursuant to <u>Federal Rule of Civil Procedure</u> 7.1, Defendant FilmOn.com, Inc ("Defendant") hereby discloses as follows:

Defendant has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

January 8, 2013                              Respectfully submitted,

By: _____/s/_____
Jaime W. Marquart
Ryan G. Baker
BAKER MARQUART LLP
10990 Wilshire Blvd., Fourth Floor
Los Angeles, California 90024

Attorneys for Defendant FilmOn.com, Inc.

-1-
CORPORATE DISCLOSURE STATEMENT