1  JENNER & BLOCK LLP
   Richard L. Stone (SBN 110022)
2  rstone@jenner.com
   Kenneth D. Klein (SBN 85231)
3  kklein@jenner.com
   Julie A. Shepard (SBN 175538)
4  jshepard@jenner.com
   633 West 5th Street, Suite 3600
5  Los Angeles, CA 90071
   Telephone: (213) 239-5100    NOTE: CHANGES MADE BY THE COURT
6  Facsimile:  (213) 239-5199

7  Jenner & Block LLP
   Steven B. Fabrizio (admitted *pro hac vice*)
8  sfabrizio@jenner.com
   1099 New York Avenue, NW, Suite 900
9  Washington, DC 20001
   Telephone: (202) 639-6000
10 Facsimile:  (202) 639-6066

11
   Attorneys for Plaintiffs
12 Fox Television Stations, Inc.,
   Twentieth Century Fox Film Corp., and
13 Fox Broadcasting Company, Inc.

14

15             **UNITED STATES DISTRICT COURT**

16             **CENTRAL DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| FOX TELEVISION STATIONS, INC., TWENTIETH CENTURY FOX FILM CORP., and FOX BROADCASTING COMPANY, INC. | Case No. CV12-6921-GW (JCX) |
| Plaintiffs, | **ORDER RE STIPULATION RE MEDIATION DEADLINE AND SERVICE OF PROCESS ON DEFENDANT ALKIVIADES "ALKI" DAVID** |
| v. | |
| AEREOKILLER, LLC, ALKIVIADES "ALKI" DAVID, FILMON.TV NETWORKS, INC., FILMON.TV, INC. FILMON.COM, INC., and DOES 1 through 3, inclusive, | |
| Defendants. | |

2170458.1

[PROPOSED] ORDER RE STIPULATION TO CONTINUE MEDIATION CUTOFF AND WAIVE SERVICE OF
PROCESS ON ALKIVIADES DAVID

# ORDER

Having reviewed the parties' Stipulation Re Mediation Deadline and Service of Process on Alkviades "Alki" David, and good cause appearing therefor:

IT IS HEREBY ORDERED THAT:

1. Counsel for Defendants will waive the formal requirements of service and accept service of the Second Amended Complaint with respect to Alkiviades "Alki" David by executing the Waiver of Service of Summons previously sent to counsel for Defendants on December 4, 2012 by counsel for Plaintiffs, and by returning the executed Waiver of Service of Summons to counsel for Fox no later than 2 business days after the entry of this Order;

2. The mediation completion cutoff shall be continued from January 30, 2013 to March 1, 2013 and the post-mediation status conference continued from January 31, 2013 to **March 4, 2013 at 8:30 a.m.**;

3. Plaintiffs Fox Television Stations, Inc., Twentieth Century Fox Film Corp., and Fox Broadcasting Company, Inc. (collectively, "Fox") will not object if Mr. David cannot attend the mediation in person so long as Mr. David participates via uninterrupted video conference; and

4. Fox will meet and confer in good faith with Defendants regarding the scheduling of future events requiring Mr. David's personal attendance.

IT IS SO ORDERED.

Date: January 23, 2013      _____
                            Hon. George H. Wu
                            United States District Judge