## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-6921-GW(JCx) | Date | March 14, 2013 |
|---|---|---|---|
| Title | *Fox Television Stations, Inc., et al. v. BarryDriller Content Systems, PLC, et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Sheri Kleeger | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Julie A. Shepard | Ryan G. Baker |

**PROCEEDINGS:**   **POST-MEDIATION STATUS CONFERENCE;**

**ORDER TO SHOW CAUSE WHY THIS MATTER SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO PROSECUTE AND WHY SANCTIONS SHOULD NOT BE IMPOSED UPON DEFENDANTS FOR FAILURE TO APPEAR**

Settlement was not reached. A Status Conference is set for **November 21, 2013 at 8:30 a.m.** This action is stayed pending the resolution of the matter in front of the Ninth Circuit Court. The order to show cause is discharged.

All previously set dates are vacated and **taken off-calendar.**

                                                                                    :   03

                                                              Initials of Preparer   JG