1  Ryan G. Baker (Bar No. 214036)
   rbaker@bakermarquart.com
2  Scott M. Malzahn (Bar No. 229204)
   smalzahn@bakermarquart.com
3  BAKER MARQUART LLP
4  10990 Wilshire Boulevard, Fourth Floor
   Los Angeles, California 90024
5  Telephone: (424) 652-7800
   Facsimile: (424) 652-7850
6
7  Attorneys for Defendants and
   Counterclaimants
8
                    UNITED STATES DISTRICT COURT
9
                    CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| FOX TELEVISION STATIONS, INC., TWENTIETH CENTURY FOX FILM CORPORATION, and FOX BROADCASTING COMPANY, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> FILMON X, LLC, ALKIVIADES "ALKI" DAVID, FILMON.TV NETWORKS, INC., FILMON.TV, INC., FILMON.COM, INC. and DOES 1 through 3, inclusive, <br><br> Defendants. | CASE NO. CV12-06921-GW (JCx) <br><br> Consolidated with Case No. CV12-6950-GW(JCx) <br><br> **DEFENDANTS' NOTICE OF MOTION FOR SUMMARY ADJUDICATION OF DEFENDANTS' COUNTERCLAIM FOR DECLARATORY RELIEF AND DEFENDANTS' SECTION 111 AFFIRMATIVE DEFENSE** <br><br> [Filed concurrently with Brief; Separate Statement; Request for Judicial Notice; Declarations of Alkiviades David, Mykola Kutovyy, Dr. Sigurd Meldal, Kim Hurwitz and Kelly Raney; Motion to Seal; Notice of Lodging; and [Proposed] Orders] <br><br> Judge: Hon. George H. Wu <br> Courtroom 10 <br><br> Hearing Date: July 16, 2015 <br> Time: 8:30 a.m. |

# NOTICE OF MOTION

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 16, 2015, at 8:30 a.m., or as soon thereafter as counsel may be heard, in Courtroom 10 of the above referenced Court, located at 312 N. Spring Street, Los Angeles, California, before the Honorable George H. Wu, Defendants and Counterclaimants FilmOn X, LLC, Alkiviades David, Filmon.TV Networks, Inc. and FilmOn.com, Inc. (collectively, "Defendants") will, and hereby do, move pursuant to Federal Rule of Civil Procedure 56 for summary adjudication as follows:

(1) Defendants request that the Court grant summary adjudication in their favor on their fifteenth affirmative defense based on 17 U.S.C. section 111 ("Section 111") and rule that Defendants are not subject to copyright liability for past retransmissions of the plaintiff-networks' copyrighted works.

(2) Defendants further requests that the Court grant summary adjudication on their counterclaim for declaratory relief, and declare that FilmOn X, LLC is entitled to a Section 111 copyright license and may resume secondary transmissions of signals or programs broadcast by one or more television broadcast stations licensed by the Federal Communications Commission, subject to the requirements of the Copyright Act.

This motion is based on this Notice; the accompanying Memorandum of Points and Authorities; the Separate Statement of Uncontroverted Material Facts and Conclusions of Law; the Request for Judicial Notice; the Declaration of Alkiviades David; the Declaration of Mykola Kutovoy; the Declaration of Dr. Sigurd Meldal; the Declaration of Kim Hurwitz; the Declaration of Kelly M. Raney; the pleadings and other papers on file in this action; and such further argument and evidence as may be presented at or before the hearing. This motion is made

following the conference of counsel pursuant to Local Rule 7-3. A proposed order is submitted respectfully herewith.

Dated: June 18, 2015

Respectfully submitted,

By: /s/ Ryan G. Baker
----------
Ryan G. Baker
BAKER MARQUART LLP
10990 Wilshire Blvd., Fourth Floor
Los Angeles, California 90024
(424) 652-7800 (telephone)
(424) 652-7850 (facsimile)

Attorneys for Defendants and Counterclaimants