UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX TELEVISION STATIONS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> FILMON X, LLC, et al., <br><br> Defendants. <br><br><br> NBCUNIVERSAL MEDIA, LLC, et al. <br><br> Plaintiffs, <br><br> v. <br><br> FILMON X LLC, et al., <br><br> Defendants. | Case No. 2:12-cv-06921 (GW)(JCx) <br> Case No. 2:12-cv-06950 (GW)(JCx) <br> (consolidated) <br><br> [PROPOSED] ORDER ON CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND CERTIFICATION OF IMMEDIATE APPEAL PURSUANT TO 28 U.S.C. SECTION 1292(b) |

Before the Court are the parties' cross-motions for partial summary judgment (Dkt. Nos. 167, 183). The Court heard the motions on July 16, 2015. Having considered the filings and counsel's argument, the Court hereby ADOPTS its tentative opinion (Dkt. No. 204) (the "Opinion"), and GRANTS Defendants' motion in part and DENIES Plaintiffs' motion in part as the Court holds that Defendants are potentially entitled to a compulsory license under 17 U.S.C Section 111(c) if they meet the applicable requirements, but Defendants remain potentially liable for their non-compliant secondary transmissions.

This Court finds that the legal issues are close and of significant commercial importance. This Order and the Court's Opinion disagree with the analysis of both the United States Court of Appeals for the Second Circuit in an analogous case, *WPIX, Inc. v. ivi, Inc.*, 691 F.3d 275 (2d Cir. 2012), *cert. denied*, 133 S. Ct. 1585 (2013), and the United States Copyright Office, and will materially affect the outcome of this litigation. A non-final order may be certified for interlocutory appeal where it "involves a controlling question of law as to which there is a substantial ground for difference of opinion" and where "an immediate appeal from the order may materially advance the ultimate termination of the litigation." *Reese v. BP Exploration (Alaska) Inc.*, 643 F.3d 681, 688 (9th Cir. 2011). An issue is "controlling" if "resolution of the issue on appeal could materially affect the outcome of the litigation in the district court." *In re Cement Antitrust Litig. (MDL No. 296)*, 673 F.2d 1020, 1026 (9th Cir. 1982). This Order and the Court's Opinion involve a controlling question of law as to which there is substantial ground for difference of opinion — *i.e.*, whether the cable system compulsory copyright license set forth in 17 U.S.C. Section 111(c) is available to Internet-based retransmission services — and an immediate appeal from this order will materially advance the ultimate termination of this litigation. *See* 28 U.S.C. § 1292(b); *Reese*, 643 F.3d at 688.

Therefore, this Court hereby CERTIFIES this Order and the Opinion that is adopted hereby for immediate appeal under 28 U.S.C. Section 1292(b) and STAYS

1

further proceedings in this case pending the appeal. The preliminary injunction ordered by this Court (Dkt. No. 78) shall remain in effect until further order of this Court.

IT IS SO ORDERED.

Dated: July 24, 2015

_George H. Wu_
Honorable George H. Wu
United States District Judge

[PROPOSED] ORDER ON CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT

2376152.1