RONALD L. JOHNSTON (State Bar No. 57418)
Ronald.Johnston@aporter.com
JOHN C. ULIN (State Bar No. 165524)
John.Ulin@aporter.com
JAMES S. BLACKBURN (State Bar No. 169134)
James.Blackburn@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199

*Attorneys for Plaintiffs NBC Universal Media, LLC, et al.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX TELEVISION STATIONS, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FILMON X, LLC, FILMON.TV, INC., FILMON.TV NETWORKS, INC., FILMON.COM, INC., ALKIVIADES DAVID, and JOHN DOES 1-3, inclusive,<br><br>    Defendants.<br><br>NBCUNIVERSAL MEDIA, LLC, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>FILMON X LLC, ET AL.,<br><br>    Defendants. | Case No. 2:12-cv-06921-GW-JCx<br><br>(Consolidated with Case No. CV12-6950-GW-JCx)<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. George H. Wu<br>Courtroom 10 |

JOINT STATUS REPORT

All Plaintiffs and all Defendants in this action respectfully submit this joint status report in response to the Court's July 27, 2015 Minute Order (Dkt. No. 209).

As this Court is aware, on July 24, 2015, it granted Defendants' motion for partial summary judgment in part and denied Plaintiffs' motion for summary judgment in part as set forth in its tentative opinion filed on July 16, 2015 (Dkt. No. 204) (the "Opinion"). (Dkt. 208.) In its summary judgment order adopting the Opinion, the Court ruled that Defendants are "potentially entitled to a compulsory license under 17 U.S.C. Section 111(c) if they meet the applicable requirements, but Defendants remain potentially liable for their non-compliant secondary transmissions" (the "Summary Judgment Order"). In addition, this Court certified an immediate appeal under 28 U.S.C. § 1292(b).

The Court's Summary Judgment Order also preserved the status quo by leaving in place its preliminary injunction order enjoining Defendants' retransmission service within the geographical boundaries of the United States Court of Appeals for the Ninth Circuit (the "Ninth Circuit") and stayed further proceedings in this case pending Plaintiffs' appeal.

On August 3, 2015, Plaintiffs filed an unopposed petition under 28 U.S.C. § 1292(b) with the Ninth Circuit seeking leave to file an immediate appeal of the Summary Judgment Order. On August 13, 2015, Defendants' answered Plaintiffs' petition.

On September 16, 2015, the Ninth Circuit granted Plaintiffs' petition for an immediate appeal of the Summary Judgment Order.

/ / /

/ / /

/ / /

JOINT STATUS REPORT

On September 17, 2015, the Ninth Circuit issued a Time Schedule Order on Plaintiffs' appeal. Under that order, Plaintiffs' opening brief is due on December 28, 2015 and Defendants' answering brief is due on January 28, 2016.

Dated: October 26, 2015          ARNOLD & PORTER LLP


                                 By: /s/ James S. Blackburn
                                     James S. Blackburn

                                 Attorneys for NBCUniversal Plaintiffs


Dated: October 26, 2015          JENNER & BLOCK LLP


                                 By: /s/ Julie A. Shepard
                                     Julie A. Shepard

                                 Attorneys for Fox Plaintiffs


Dated: October 26, 2015          BAKER MARQUART LLP


                                 By: /s/ Ryan G. Baker
                                     Ryan G. Baker

                                 Attorneys for Defendants

JOINT STATUS REPORT