UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-6921-GW(JCx) | Date | November 2, 2015 |
|---|---|---|---|
| Title | *Fox Television Stations, Inc., et al. v. BarryDriller Content Systems, PLC, et al.* | | |

Present: The Honorable   **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present   None Present

**PROCEEDINGS:**   **(IN CHAMBERS): COURT ORDER**

In light of the Ninth Circuit's granting an immediate appeal and its briefing schedule which has the answering brief due on January 28, 2016 (*see* Joint Status Report, Docket No. 216), this Court sets a status conference for April 21, 2016 at 8:30 a.m.  The parties will file a joint status report in regards to the appeal by April 18.  If no decision has been rendered by April 15, the parties may file a request to continue the status conference for up to 30 days.

:

Initials of Preparer   JG